*Court Of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*

★ ★ ★  ★ ★ ★

# MEMORANDUM OPINION

No. 04-10-00321-CR

**IN RE** Arturo Neri **PRADO**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:    Rebecca Simmons, Justice
           Steven C. Hilbig, Justice
           Marialyn Barnard, Justice

Delivered and Filed: May 19, 2010

PETITION FOR WRIT OF MANDAMUS DISMISSED FOR LACK OF JURISDICTION

On April 26, 2010, relator Arturo Neri Prado filed a petition for writ of mandamus, seeking relief from his final felony conviction. However, this court does not have jurisdiction to grant the requested relief. Only the Court of Criminal Appeals has jurisdiction relating to final post-conviction felony proceedings. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (Vernon Supp. 2009); *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995) (holding that "Article 11.07 provides the exclusive means to challenge

---

[1] This proceeding arises out of Cause No. 4217, styled *State of Texas v. Arturo Neri Prado*, in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Stephen Ables presiding.

a final felony conviction."). Accordingly, relator's petition for writ of mandamus is dismissed for lack of jurisdiction.

PER CURIAM

DO NOT PUBLISH